Larry L. SMITH, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 102580

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

Filed: January 12, 2016

Gwenda R. Robinson, 1010 Market Street, Suite 1100, Saint Louis, MO 63101, for appellant.

Shaun J. Mackelprang, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Philip M. Hess, P.J., Gary M. Gaertner, Jr., J. and Angela T. Quigless, J.

## ORDER

PER CURIAM.

Larry Smith ("Movant") appeals the judgment of the Circuit Court denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. The motion court's denial of Movant's Rule 24.035 post-conviction motion is affirmed. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).